CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Charlottesville
AUG 0 5 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

ERIC MARTIN VAN BUREN.

Case No. 3:00cr00066-1

ORDER

By: Norman K. Moon
United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Van Buren's motion for reconsideration (Docket No. 103) is **DENIED** and Van Buren's motion is **CONSTRUED** as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

2. The clerk is **DIRECTED** to re-docket the motion (Docket No. 103) as a § 2255 motion;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket;

4. Van Buren's motion to appoint counsel (Docket No. 104) is **DENIED** as moot; and

4. A certificate of appealability is **DENIED**, based upon my finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: This 5th day of August, 2013.

United States District Judge